American Empire Surplus Lines Ins. Co. v Contour Steel Inc. (2025 NY Slip Op 04413)

American Empire Surplus Lines Ins. Co. v Contour Steel Inc.

2025 NY Slip Op 04413

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

571.2 CA 24-01829

[*1]AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, PLAINTIFF-RESPONDENT,
v
CONTOUR STEEL INC., CONTOUR ERECTION & SIDING SYSTEMS, INC., EDEN VALLEY PROPERTIES, INC., EDEN VALLEY STEEL, INC., AND EDEN VALLEY EQUIPMENT, INC., DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

COUCH WHITE, LLP, ALBANY (CLEMENTE J. PARENTE OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP, MELVILLE (MAUREEN E. O'CONNOR OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Gerald J. Greenan, III, J.), entered October 10, 2024 in a breach of contract action. The order, among other things, granted plaintiff's motion for summary judgment and denied defendants' cross-motion for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in American Empire Surplus Lines Ins. Co. v Contour Steel Inc. ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court